UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-61482-CIV-O'SULLIVAN

[CONSENT]

JOEL PRICE,

    Plaintiff,

v.

SHERIDAN HEALTHCARE, INC.,

    Defendant.
                             /

## ORDER

THIS MATTER came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (DE# 34, 2/27/18). The stipulation was filed pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure. The entry of a Rule 41(a)(1)(A)(ii) stipulation is self executing and divests the district court of jurisdiction. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). Accordingly, it is

ORDERED AND ADJUDGED that the trial and all other hearings dates and deadlines are CANCELLED.

**THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED.**

DONE AND ORDERED in Chambers at Miami, Florida this **5th** day of March, 2018.

                                      JOHN J. O'SULLIVAN
                                      UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record